**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____          Chapter    **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ani Roof LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN)   **93-3476550** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **350 N. Clark, Ste. 500**<br>**Chicago, IL 60654**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

 ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Ani Roof LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____7255_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Ani Roof LLC**                                                                Case number (*if known*) _____
          _____
          Name

**10.** **Are any bankruptcy cases**          ■ No
     **pending or being filed by a**          ☐ Yes.
     **business partner or an**
     **affiliate of the debtor?**

List all cases. If more than 1,        Debtor _____    Relationship _____
attach a separate list                 District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in**    *Check all that apply:*
     ***this district?***
                              ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                   preceding the date of this petition or for a longer part of such 180 days than in any other district.

                              ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**      ■ No
     **have possession of any**
     **real property or personal**      ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**
                                        **Why does the property need immediate attention?** (*Check all that apply.*)

                                        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                            What is the hazard? _____

                                        ☐ It needs to be physically secured or protected from the weather.

                                        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                            livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                        ☐ Other _____
                                        **Where is the property?** _____
                                                                   Number, Street, City, State & ZIP Code
                                        **Is the property insured?**
                                        ☐ No
                                        ☐ Yes.    Insurance agency _____
                                                  Contact name _____
                                                  Phone _____

███████    **Statistical and administrative information**

**13.** **Debtor's estimation of**    .    *Check one:*
     **available funds**
                                     ■ Funds will be available for distribution to unsecured creditors.

                                     ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**     ■ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
     **creditors**                  ☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
                                    ☐ 100-199           ☐ 10,001-25,000         ☐ More than100,000
                                    ☐ 200-999

**15.** **Estimated Assets**        ☐ $0 - $50,000                  ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                    ☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                    ☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.** **Estimated liabilities**   ☐ $0 - $50,000                  ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                            page 3

Debtor     **Ani Roof LLC**
             Name
                                                                    Case number (*if known*)

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **Ani Roof LLC**
Name                                                                          Case number (*if known*)

<table>
<tr><td style="background:black">    </td><td>**Request for Relief, Declaration, and Signatures**</td></tr>
</table>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 6, 2025
MM / DD / YYYY

**DocuSigned by:**

X    *Jon Morgan*
0D5C38FFD8BA49D                                    **Jon Morgan**
Signature of authorized representative of debtor    Printed name

Title    **Managing Principal**

**18. Signature of attorney**

**Signed by:**

X    *Landon Raiford*
DBD809B6F9C8402...                                    Date    June 6, 2025
Signature of attorney for debtor                              MM / DD / YYYY

**Landon Raiford**
Printed name

**Taft Stettinius & Hollister LLP**
Firm name

**111 E. Wacker Drive**
**Suite 2600**
**Chicago, IL 60601**
Number, Street, City, State & ZIP Code

Contact phone    **(312) 527-4000**    Email address    **LRaiford@taftlaw.com**

**6297473 IL**
Bar number and State

---

| Fill in this information to identify the case: |
| --- |
| Debtor name   **Ani Roof LLC** |
| United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Power Construction Company, LLC 8750 W Bryn Mawr, Ste 500 Chicago, IL 60631** | | | | **$1,875,894.00** | **$0.00** | **$1,875,894.00** |
| **Bernhard Woodwork LTD 3670 Woodhead Dr Northbrook, IL 60062** | | **Construction trade creditor** | | **$413,048.00** | | **$413,048.00** |
| **Shamrock Electrical Co Inc 1281 Brummel Ave Elk Grove Village, IL 60007-2106** | | **Construction trade creditor** | | **$298,370.00** | **$0.00** | **$298,370.00** |
| **Premier Mechanical, Inc. 130 S. Fairbank St. Addison, IL 60101** | | **Construction trade creditor** | | **$265,767.00** | **$0.00** | **$265,767.00** |
| **Thorne Associates Inc. 5507 N. Cumberland Ave #400 Chicago, IL 60656** | | **Construction trade creditor** | | | | **$182,785.34** |
| *Chicago Area Plumbing & Mechanical c/o Samantha Polz 140 Joey Drive Elk Grove Village, IL 60007* | | **Construction trade creditor** | | **$146,200.00** | **$0.00** | **$146,200.00** |

Debtor   **Ani Roof LLC**
     Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Annexation LLC Attn: Jenny Drake, Vice President 515 E. Locust St., Suite 100 Des Moines, IA 50309** | | **Lease obligation** | | | | **$104,600.98** |
| **Contract Flooring Serv Co, Inc. c/o Daniel A. Stearns 1185 Atlantic Drive West West Chicago, IL 60185** | | **Construction trade creditor** | | **$28,331.00** | **$0.00** | **$28,331.00** |
| **Great Lakes Plumbing and Heating Co c/o Michael Russ 430 Plaza Drive Westmont, IL 60559** | | **Construction trade creditor** | | **$19,701.00** | **$0.00** | **$19,701.00** |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ani Roof LLC**

_____

Debtor(s)

Case No. _____

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ani Roof MGR LLC**<br>**350 N Clark, Ste 500**<br>**Chicago, IL 60654** | **Class B** | | **60%** |
| **Annixter Roof Investment LLC**<br>**20 E Cedar, Apt 12C**<br>**Chicago, IL 60611** | **Class A** | | **5.09%** |
| **HOA Rooftop LLC**<br>**515 E Locust, Ste 100**<br>**Des Moines, IA 50309** | **Class A** | | **59.14%** |
| **Jeffrey Kaplan**<br>**255 Hawthorne Ave.**<br>**Glencoe, IL 60022** | **Class A** | | **5.09%** |
| **JPM Holdings LLC**<br>**350 N Clark, Ste 500**<br>**Chicago, IL 60654** | **Class A** | | **30.68%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Principal** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   June 6, 2025

Signature _____
DocuSigned by:
*Jon Morgan*
0D5C36FFD8BA49D...
**Jon Morgan**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ani Roof LLC** _____     Case No. _____

Debtor(s)     Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Ani Roof LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ani Roof MGR LLC**
**350 N Clark, Ste 500**
**Chicago, IL 60654**

**HOA Rooftop LLC**
**515 E Locust, Ste 100**
**Des Moines, IA 50309**

**JPM Holdings LLC**
**350 N Clark, Ste 500**
**Chicago, IL 60654**

☐ None [*Check if applicable*]

Signed by:

*Landon Raiford*
DBD809B6F9C8402...

June 6, 2025
_____
Date

**Landon Raiford**
Signature of Attorney or Litigant
Counsel for    **Ani Roof LLC**
**Taft Stettinius & Hollister LLP**
**111 E. Wacker Drive**
**Suite 2600**
**Chicago, IL 60601**
**(312) 527-4000 Fax:(312) 527-4011**
**LRaiford@taftlaw.com**