**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) )  | Case No. 25bk08670 |
| Ani Roof LLC, | ) ) | Chapter 11 |
| Debtor. | ) ) ) | Judge Timothy A. Barnes |

## NOTICE OF SUBSTANTIAL CONSUMMATION

Pursuant to 11 U.S.C. § 1183(c)(2), Ani Roof LLC (the "Debtor"), by and through its attorneys, hereby provides notice that on April 10, 2026, the Second Amended Chapter 11, Subchapter V Plan of Reorganization [Dkt. 90] (the "Plan") was substantially consummated as the Debtor commenced distributions under the Plan. 11 U.S.C. § 1101(2)(C). As a result of the substantial consummation of the Plan, the Subchapter V Trustee has been discharged by operation of law pursuant to 11 U.S.C. § 1182(c)(2) as the Plan was confirmed pursuant to 11 U.S.C. § 1191(a). [Dkt. 106].

Respectfully submitted,

**ANI ROOF LLC**

Dated: April 13, 2026 By: */s/Landon Raiford*
Attorney for the Debtor

Landon Raiford
(6297473 IL)
lraiford@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
312-527-4000

<u>**CERTIFICATE OF SERVICE**</u>

I, Landon Raiford, an attorney, on oath state that I caused to be served this Notice of Substantial Consummation through the Court's ECF noticing system on April 13, 2026.

/s/ Landon Raiford

*Via Electronic Service*

Unites States Trustee
Adam G. Brief
Office of the U.S. Trustee, Region 11
219 South Dearborn
Suite 873
Chicago, Illinois 60604

Robert P Handler
Commercial Recovery Associates, LLC
205 West Wacker Drive, Suite 918
Chicago, IL 60606
rhandler@com-rec.com

Kimberly Ross Clayson
Taft Stettinius & Hollister LLP
27777 Franklin Rd, Suite 2500
Southfield, MI 48034
kclayson@taftlaw.com

Landon Raiford
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
lraiford@taftlaw.com

William J. McKenna
FOLEY & LARDNER LLP
321 N . Clark St., Suite 3000
Chicago , IL 60654-4762
wmckenna@foley.com

John J. Chitkowski, Corey B. Stern
Chitkowski Law Offices
901 Warrenville Road, Suite 103
Lisle, IL 60532
jjc@chitkowskilaw.com
cbs@chitkowskilaw.com

Michael J. Lotus
Bernhard Woodwork, Ltd.
The Howard Law Firm
1020 Milwaukee Ave. Suite Deerfield, IL 60015
mlotus@howardlawllc.com

*Via U.S. Mail*

Power Construction Company, LLC
8750 W Bryn Mawr
Ste 500
Chicago, IL 60631

Premier Mechanical, Inc.
130 South Fairbank
Addison, IL 60101

Thorne Associates, Inc.
5507 N. Cumberland Avenue, Suite 400
Chicago, IL 60656

Bernard Woodworking
3670 Woodhead Dr.
Northbrook, IL 60062

Chicago Area Plumbing& Mechanical
c/o Samantha Polz
140 Joey Drive
Elk Grove Village, IL 60007

Contract Flooring Serv Co, Inc.
c/o Daniel A. Stearns
1185 Atlantic Drive
West Chicago, IL 60185

JPM Holdings, LLC, Anixter Roof Investment, LLC, Jeffrey Kaplan
c/o Ani Roof MGR, LLC
Attn: Jon Morgan
350 N. Clark St.
Suite 500
Chicago, IL 60654

HOA Rooftop LLC
c/o Jennifer Drake
515 E. Locust
Suite 100

Des Moines, IA 50309

Harris LLP
Jeff Winick & Harris Winick
333 Wacker Dr.
STE 2060
Chicago, IL 60606

Annexation LLC
c/o William J. McKenna, Foley & Lardner LLP
321 N. Clark Street
Suite 3000
Chicago, IL 60654

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Great Lakes Plumbing and Heating Co.
c/o Michael Russ
430 Plaza Drive Westmont, IL 60559

Jeffrey Kaplan
255 Hawthorne Ave.
Glenco, IL 60022

Annixter Roof Investment LLC
c/o Cameron Cummins
20 E. Cedar
Apt 12C
Chicago, IL 60611

Jennifer A. Nielsen
Lyman & Nielsen LLC
5117 B Main Street
Ste. 20
Downers Grove, IL 60512

Shamrock Electrical Co. Inc.
1281 Brummel Ave.
Elk Grove Village, IL 60007