UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  25-8670 |
| Ani Roof LLC, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASE

This matter is before the Court on the Motion (the "Motion") of Ani Roof LLC, the reorganized debtor (the "Debtor"), pursuant to Sections 105(a) and 350 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3022 of the Federal Rules of Bankruptcy Procedure for entry of an order authorizing the entry of a final decree closing the Debtor's case; the Court being fully advised of the matter; due notice having been given; and no objections having been filed to the Motion; and the Court having found that the Debtor's case has been fully administered as required by Section 350 of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure, making further administration unnecessary; and the Court having found after due deliberation that sufficient cause to grant the Motion exists,

IT IS HEREBY ORDERED:

1. The Motion is hereby granted as set forth herein;

2. The Debtor's case is hereby closed as of the date of this Order.

3. The Court retains jurisdiction over the terms and implementation of this Order as well as any future request of any party seeking to re-open the Debtor's case.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  July 14, 2026

**Prepared by:**

Landon Raiford
(6297473 IL)
lraiford@taftlaw.com
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
312-527-4000